UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
:
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :           **ORDER**
                                        :
  Kyshawn Robinson                      :
                                        :           20cr153(JSR)
                                        :           ---------
                                        :           Docket #
---------------------------------------x


The Hon. Jed S. Rakoff, U.S.____, **DISTRICT JUDGE**:
    Judge's Name

The C.J.A. attorney assigned to this case

 Margaret Shalley & Michael Bradley   is hereby ordered substituted
        Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  Xavier Donaldson         , NUNC-PRO-TUNC  to 10-28-2020
                       Attorney's Name

                                SO ORDERED.

                                _____
                                UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
         10-29-20