```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :    20-cr-153-4 (JSR)
            -v-                      :
                                     :
KYSHAWN ROBINSON,                    :         ORDER
                                     :
            Defendant.               :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated at the remote hearing held earlier today, see Transcript dated January 7, 2021, defendant Kyshawn Robinson's application for bail is denied.

SO ORDERED.

Dated:   New York, NY
         January 7, 2021

_____
United States District Judge