```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -v-<br><br>KYSHAWN ROBINSON et al.,<br><br>        Defendants. | 20-cr-153 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Defendant Kyshawn Robinson moves pro se for the production of: 1) the docket sheet from this case; 2) his sentencing transcript; and 3) grand jury minutes. Dkt. 86. In response, the Government represents that it will include "a copy of the docket as shown on ECF and the defendant's May 11, 2021 sentencing transcript when it mails the defendant a copy of" its response. Dkt. 87. The Government argues that Mr. Robinson has failed to show any need for the grand jury minutes that warrants breaching the "long-established policy that maintains the secrecy of the grand jury proceedings in the federal courts." Id. (quoting Dennis v. United States, 384 U.S. 855, 869 (1966)).

The Court agrees, and denies Mr. Robinson's motion for the production of grand jury minutes (without prejudice to refiling should Mr. Robinson show some particularized need). As the Government has represented it is sending Mr. Robinson the other items he requests (his docket sheet and sentencing transcript), the Court denies as moot the remainder of Mr. Robinson's motion. As such, Mr. Robinson's motion is denied in full.

SO ORDERED.

New York, NY
August 10, 2022

_____
JED S. RAKOFF, U.S.D.J.